IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

ZURICH SPECIALTIES LONDON, LTD.,

    Plaintiff,

VS.                                            NO. 04-2637-Ma

RON MOORE d/b/a R&J DISTRIBUTION;
PHILLIP MORRIS, USA; HUB GROUP
DISTRIBUTION SERVICES; and
DONN OSTRANDER d/b/a MID SOUTH
DISTRIBUTION,

    Defendants.

---

### ORDER OF DISMISSAL

---

Before the court is the plaintiff's May 27, 2005 Notice of Voluntary Non-Suit Without Prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Defendants Ron Moore, Phillip Morris, USA, and HUB Group Distribution services have each filed answers in this matter and therefore are required to respond to the instant motion filed by plaintiff.

For good cause shown, the motion will be granted as to Defendant Donn Ostrander, d/b/a Mid South Distribution. It is therefore ORDERED that this case is DISMISSED without prejudice as to Defendant Donn Ostrander, d/b/a Mid South Distribution.

Entered this 31st day of May, 2005.

                                                          SAMUEL H. MAYS, JR.

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:04-CV-02637 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

William David Darnell
SPICER FLYNN & RUDSTROM-Memphis
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Kent E. Krause
BREWER KRAUSE & BROOKS
611 Commerce St.
Nashville, TN 37203

David J. Pflaum
WATKINS MCGUGIN MCNEILLY & ROWAN
214 Second Avenue, N.
Ste. 300
Nashville, TN 37201--163

Ron Moore
1441 North 37th
Fort Smith, AR 72904

Jason A. Lee
P.O. Box 23890
Nashville, TN 37202--389

Honorable Samuel Mays
US DISTRICT COURT