IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

ZURICH SPECIALTIES LONDON, LTD.,

    Plaintiff,

VS.                             NO. 04-2637-MaV

RON MOORE, d/b/a R&J DISTRIBUTION;
PHILLIP MORRIS, USA; HUB GROUP
DISTRIBUTION SERVICES; and
DONN OSTRANDER, d/b/a MID SOUTH
DISTRIBUTION,

    Defendants.

---

### ORDER OF DISMISSAL

The plaintiff has filed a stipulation of dismissal pursuant to Rule 41 in this matter. For good cause shown, plaintiff's motion to voluntarily non-suit this case is granted and this matter is DISMISSED without prejudice.

It is so ORDERED this 22nd day of June, 2005.

                      SAMUEL H. MAYS, JR.
                      UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02637 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

William David Darnell
SPICER FLYNN & RUDSTROM-Memphis
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Jason A. Lee
P.O. Box 23890
Nashville, TN 37202--389

Ron Moore
1441 North 37th
Fort Smith, AR 72904

Kent E. Krause
BREWER KRAUSE & BROOKS
611 Commerce St.
Nashville, TN 37203

David J. Pflaum
WATKINS MCGUGIN MCNEILLY & ROWAN
214 Second Avenue, N.
Ste. 300
Nashville, TN 37201--163

Honorable Samuel Mays
US DISTRICT COURT