UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ZURICH SPECIALTIES LONDON, LTD.,

    Plaintiff,

v.                                          Cv. No. 04-2637-Ma

RON MOORE, d/b/a R&J DISTRIBUTION,
PHILLIP MORRIS, USA; HUB GROUP
DISTRIBUTION SERVICES, and
DONN OSTRANDER, d/b/a MID SOUTH
DISTRIBUTION,

    Defendants.

## JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice, in accordance with the Order of Dismissal, docketed June 27, 2005.

APPROVED:

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

June 30, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-30-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02637 was distributed by fax, mail, or direct printing on June 30, 2005 to the parties listed.

---

David J. Pflaum
WATKINS MCGUGIN MCNEILLY & ROWAN
214 Second Avenue, N.
Ste. 300
Nashville, TN 37201--163

William David Darnell
SPICER FLYNN & RUDSTROM-Memphis
80 Monroe Ave.
Ste. 500
Memphis, TN 38103--246

Kent E. Krause
BREWER KRAUSE & BROOKS
611 Commerce St.
Nashville, TN 37203

Ron Moore
1441 North 37th
Fort Smith, AR 72904

Jason A. Lee
P.O. Box 23890
Nashville, TN 37202--389

Honorable Samuel Mays
US DISTRICT COURT